

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-11-2004

# Youngblood v. DeWeese

Precedential or Non-Precedential: Precedential

Docket No. 03-1722

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Youngblood v. DeWeese" (2004). *2004 Decisions.* Paper 957.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/957

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Michael A. Cianfrani, Esquire (Argued)

Suite 1920
1500 Walnut Street
Philadelphia, PA   19102

*Attorney for Appellees*

## ORDER  AMENDING  SLIP  OPINION

AMBRO, *Circuit Judge*

It is now ordered that the published Opinion in the above case filed December 18, 2003, be amended as follows:

On page 8 of the slip opinion, three lines from the top of the page, replace the word "is" with the word "are" so that the phrase reads:  "house members are "within the sphere ..."

On page 8 of the slip opinion, five lines from the bottom of the full paragraph, after the cite 528, replace the long dash ("—") with a semi-colon, followed by a space ("; ").

On page 8 of the slip opinion, in the last sentence of the full paragraph replace the word "is" with the word "are" so the sentence reads:

"Representatives DeWeese and Veon's "deliberative and communicative processes" in the course of exercising that legislative authority are, therefore, privileged from judicial scrutiny."

On page 9 of the slip opinion, in the first sentence under section V, the Conclusion, replace the words "is a" with "are" and add an "s" to the word "act" so that the sentence reads:

"We hold that Representatives DeWeese and Veon's acts of allocating the General Assembly's office-staffing appropriation among individual Representatives are legislative acts to which legislative immunity extends."

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: February 11, 2004

2